**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 23-1847**

―――――――――――

GUY CRAIG; THE LAW OFFICE OF GUY M. CRAIG, LLC; RICHARD J. HACKERMAN; MARK LEIFER,

Plaintiffs - Appellants,

v.

KRUNCHCASH, LLC; GABRIEL BERG; MATTHEW S. STURTZ; NELSON, MULLINS, RILEY & SCARBOROUGH LLP; KENNEDY BERG, LLP,

Defendants - Appellees,

and

ZVI GUTTMAN,

Defendant.

―――――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge. (1:22-cv-02200-GLR)

―――――――――――

Submitted: August 28, 2025                    Decided: September 2, 2025

―――――――――――

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

**ON BRIEF:**  Richard J. Hackerman, RICHARD J. HACKERMAN, P.A., Baltimore, Maryland, for Appellants.  Jeffrey J. Hines, David F. Shea, GOODELL, DEVRIES, LEECH & DANN, LLP, Baltimore, Maryland, for Appellee Nelson Mullins Riley & Scarborough LLP.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Guy Craig, the Law Office of Guy M. Craig, LLC, Richard J. Hackerman, and Mark Leifer appeal from the district court's order dismissing their appeal from the bankruptcy court's order dismissing their adversary proceeding against KrunchCash, LLC, Gabriel Berg, Kennedy Berg, Matthew Scott Sturtz, and Nelson, Mullins, Riley, & Scarborough, LLP, which they filed in the three consolidated bankruptcy cases filed by law firms operated by Jonathan and Perry Resnick. We have reviewed the record and the arguments presented on appeal, and we find no reversible error. Accordingly, we affirm the district court's order. *Craig v. KrunchCash, LLC*, No. 1:22-cv-02200-GLR (D. Md. July 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*